UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JANE DOE, a minor child, by and through her next friend, ANTHONY EDWARD THOMAS, <br><br> Plaintiffs, <br><br> v. <br><br> THE MAURY COUNTY BOARD OF EDUCATION and TAD CUMMINS, <br><br> Defendants. | NO. 1:18-cv-00006 <br> CHIEF JUDGE CRENSHAW |

## ORDER

Pending before the Court are Plaintiffs' Motion to Proceed Under Pseudonym and for Protective Order (Doc. No. 3) and Motion for Leave to File Affidavit Under Seal (Doc. No. 5.)

These motions are well-taken because the Complaint involves a matter of particular sensitivity. Doe v. Porter, 370 F.3d 558, 560 (6th Cir. 2004). The Motions are hereby **GRANTED**.

The minor child Plaintiff **SHALL** proceed under the pseudonym "Jane Doe." The Court **ORDERS** that defendants and their agents are prohibited from disclosing at any time the true identity of "Jane Doe" to any third party other than may be strictly necessary to defend against this action. Any such informed third party is **PROHIBITED** from disclosing the identity of "Jane Doe" other than as is strictly necessary to the defense of this action.[1] Defendants' counsel **SHALL** raise any future issues concerning this protective order by motion under seal.

---

[1] Defendants' counsel are responsible for providing any such informed third party with a copy of this Order.

The Affidavit (Doc. No. 7), revealing Jane Doe's given name, **SHALL REMAIN UNDER SEAL**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE